**UNPUBLISHED**

**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

**No. 99-1818**

BRICKWOOD CONTRACTORS, INCORPORATED,

Plaintiff - Appellant,

versus

DATANET ENGINEERING, INCORPORATED; JOHN V.
CIGNATTA,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Andre M. Davis, District Judge. (CA-98-
1265-AMD)

Submitted: February 29, 2000      Decided: March 21, 2000

Before WIDENER, WILKINS, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

James J. Tansey, Washington, D.C.; James A. Cleaver, ALEXANDER &
CLEAVER, P.A., Fort Washington, Maryland, for Appellant. James F.
Lee, Jr., Brandon M. Gladstone, LEE & MCSHANE, P.C., Washington,
D.C., for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Brickwood Contractors, Inc., appeals from the district court's order granting summary judgment to the Defendants on its defamation action. Our review of the record and the district court's opinion discloses no reversible error. Accordingly, we affirm on the reasoning of the district court. See Brickwood Contractors, Inc. v. Datanet Engineering, Inc., No. CA-98-2165-AMD (D. Md. May 11, 1999).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Although the district court's order is marked as "filed" on May 10, 1999, the district court's records show that it was entered on the docket sheet on May 11, 1999. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the judgment or order was entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).